```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
―――――――――――――――――――――――――――――――
CONROY CLAYTON,

                    Petitioner,          16cv4967 (JGK)

      - against -                        ORDER

UNITED STATES OF AMERICA,

                    Respondent.
―――――――――――――――――――――――――――――――
```

JOHN G. KOELTL, District Judge:

In view of this Court's Memorandum Opinion and Order dated April 27, 2020, granting the motion as indicated therein, the Clerk is directed to close this case.

SO ORDERED.

Dated:   New York, New York
         April 30, 2020            _____/s/ John G. Koeltl_____
                                        John G. Koeltl
                                   United States District Judge